No. 10-8408. Bruce Wood, Petitioner v. Delaware.

562 U.S. 1244, 131 S. Ct. 1537, 179 L. Ed. 2d 350, 2011 U.S. LEXIS 1189.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 9 A.3d 477.